IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARA MAUREEN STACK, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of the Social | : | |
| Security Administration, | : | |
| Defendant | : | NO. 22-583 |

## ORDER

**AND NOW**, this 24th day of August 2023, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 10) is **GRANTED**, as follows:

1. The case is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g).

2. Upon remand, the ALJ shall: (a) shall reconsider all of Mr. Shermon's lay observations and not reject them solely on the ground that they were provided by a lay person; and (b) after doing so, he shall reconsider whether more aspects of Plaintiff's testimony about her symptoms are persuasive.

BY THE COURT:

  /s/ Carol Sandra Moore Wells
CAROL SANDRA MOORE WELLS
United States Magistrate Judge